IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALVIN AIKENS**
**ADC #160951**                                                                                    PLAINTIFF

v.                                        No. 4:25-cv-748-DPM

**JAMES SHIPMAN**, Warden, Larry B.
Norris Unit, ADC; **BRANDEISJHA**
**BURNETT**, Corporal, Larry B. Norris Unit,
ADC; **GIVENS**, Sergeant, Larry B. Norris
Unit, ADC; and **JORDON SLAYDEN**,
Lieutenant, Larry B. Norris Unit, ADC                              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 4*, granted. Fed. R. Civ. P. 41(a). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025