# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ALVIN AIKENS                                                    PLAINTIFF
ADC #160951


v.                         No. 4:25-cv-748-DPM


JAMES SHIPMAN, Warden, Larry B.
Norris Unit, ADC; BRANDEISJHA
BURNETT, Corporal, Larry B. Norris Unit,
ADC; GIVENS, Sergeant, Larry B. Norris
Unit, ADC; and JORDON SLAYDEN,
Lieutenant, Larry B. Norris Unit, ADC        DEFENDANTS

## JUDGMENT

Aikens's complaint is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge


_20 August 2025_